**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916
Marisa L. Balch #258332

Attorneys for: Defendants City of Fresno and PBID Partners of Downtown Fresno

### UNITED STATES DISTRICT COURT, EASTERN DISTRICT

### FRESNO DIVISION

| | |
|---|---|
| DAE LEE; SOOK LEE,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO; PBID PARTNERS OF DOWNTOWN FRESNO; DOES 1 through 10, INCLUSIVE,<br><br>          Defendants. | Case No. 1:12:-CV-00476-AWI-MJS<br><br>**STIPULATION AND ORDER TO: (1) DISMISS PLAINTIFFS' SECOND CLAIM FOR RELIEF AND (2) FOR REMAND** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Dae Lee and Sook Lee ("Plaintiffs") and Defendants the City of Fresno (the "City") and PBID Partners of Downtown Fresno ("PBID") as follows:

**WHEREAS** on February 27, 2012, Plaintiffs filed their complaint in the Fresno County Superior Court, entitled *Dae Lee, et al. v. City of Fresno, et al.*, bearing Case No. 12 CECG 00640 (the "Complaint");

**WHEREAS** the Second Claim for Relief in Plaintiffs' Complaint sought damages for alleged violations of Plaintiffs' civil rights, pursuant to 42 U.S.C. § 1983;

**WHEREAS** on March 28, 2012, the City removed this action to United States District Court for the Eastern District of California, (Docket No. 1);

///

**WHEREAS** on April 27, 2012, Plaintiffs filed a Notice Of Dismissal And Dismissal Of Second Cause Of Action For Violation Of Civil Rights (42 U.S.C. §1983), and Motion for Remand with this Court, (Docket No. 11);

**WHEREAS** on April 27, 2012, Plaintiffs filed a Motion to Remand this proceeding to Fresno County Superior Court, which is set to be heard June 15, 2012, (Docket Nos. 11, 18);

**WHEREAS** the parties have met and conferred, and through this stipulation and [proposed] order seek to (1) dismiss Plaintiffs' claim for relief for violation of civil rights, without prejudice; and (2) immediately remand this action to the Fresno County Superior Court;

**WHEREAS** the parties agree that they shall bear their own costs and attorneys' fees in connection with the removal and remand of this matter to the Fresno County Superior Court; and

**WHEREAS** this stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this proceeding should be taken off the Court' calendar.

**IT IS STIPULATED AND AGREED**, by and between the Parties, that:

1. Plaintiffs' Second Cause Of Action For Violation Of Civil Rights (42 U.S.C. §1983) shall be dismissed without prejudice;

2. The matter of *Dae Lee, et al. v. City of Fresno, et al.*, Eastern District Case No. 1:12:-CV-00476-AWI-MJS, shall be immediately remanded to the Fresno County Superior Court;

3. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar;

4. This Stipulation is without prejudice to either parties' right to subsequently seek removal of this action should grounds exist to do so;

5. All parties shall bear their own costs and attorneys' fees related to the removal and remand of this action; and

///

6. For convenience only, the time for the City and PBID to file responses to Plaintiffs' Complaint will be in accordance with Section 430.90 of the Code of Civil Procedure. The utilization of the timeframes provided under this section shall not be construed as an admission or statement that the action was "remanded for improper removal."

DATED: May 30, 2012.                     WANGER JONES HELSLEY PC

                                         By:  /s/ John P. Kinsey
                                              John P. Kinsey
                                              Marisa L. Balch
                                              Attorneys for Defendants, City of Fresno
                                              and PBID Partners of Downtown Fresno

DATED: May 30, 2012.                     LAW OFFICES OF JAY S. BLOOM

                                         By:  /s/ Jay S. Bloom
                                              Jay S. Bloom
                                              Attorneys for Plaintiffs,
                                              Dae Lee and Sook Lee,

### ORDER

Good cause appearing, **IT IS ORDERED THAT**:

1. Plaintiffs' Second Cause Of Action For Violation Of Civil Rights (42 U.S.C. §1983) is dismissed without prejudice;

2. The matter of *Dae Lee, et al. v. City of Fresno, et al.*, Eastern District Case No. 1:12:-CV-00476-AWI-MJS, shall be immediately remanded to the Fresno County Superior Court;

3. All pending deadlines and hearings in this case shall be taken off the Court's calendar;

4. This Order is without prejudice to either parties' right to subsequently seek removal of this action should grounds exist to do so;

5. All parties shall bear their own costs and attorneys' fees related to the removal and remand of this action; and

6. The time for the City and PBID to file responses to the Complaint will be in accordance with Section 430.90 of the Code of Civil Procedure.

IT IS SO ORDERED.

Dated: May 31, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE